Argued and submitted March 29, affirmed October 20, 1982

In the Matter of
Williams, David James, a child.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent,*
*v.*
SUTTON,
*Appellant.*

(No. 70,267, CA A21848)

652 P2d 6

Sean O'Halloran, Portland, argued the cause for appellant. With him on the brief was Scalf & O'Halloran, Portland.

Jan Peter Londahl, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, Stanton F. Long, Deputy Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden, and Young, Judges.

PER CURIAM

## PER CURIAM

Mother appeals from an order terminating her parental rights to her two year old son pursuant to ORS 419.523(2). On the basis of our *de novo* review, ORS 419.561(4), we affirm. *See State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401, *rev den* 293 Or 521 (1982).